AO 91 (Rev. 11/11) Criminal Complaint

FILED

JUL 12 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Brandon GARCIA

*Defendant(s)*

Case No. EP-21-M-1540-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 8, 2021 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1324 (a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) | Knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, and shield from detection, such alien in any place, including any building and any means of transportation. |

This criminal complaint is based on these facts:

DEFENDANT 1 Charge # 1

☑ Continued on the attached sheet.

*Complainant's signature*

Edward R. Vasquez, Border Patrol Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/12/2021

*Judge's signature*

City and state: El Paso, Texas

Robert F. Castaneda, U.S. Magistrate Judge

*Printed name and title*

Oath Telephonically Sworn
At 1 : 05 PM
Fed.R.Crim.P.4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Brandon GARCIA

PEPT# PEPT210700044

07/12/2021

FACTS (CONTINUED)

On July 8, 2021, United States Border Patrol Agents received information of a possible alien smuggling scheme at the Motel 6, Room 150 located at 1330 Lomaland Dr, in El Paso, TX 79936 in the Western District of Texas. This location is known to have high alien smuggling activity, illegal alien harboring and numerous recent apprehensions that have taken place. Agents responded to this location and began to surveillance of the room and area. During this surveillance, an agent spoke with the desk manager and advised him of the investigation. The desk manager in turn advised the agents of suspicious activity he had observed and the unusual circumstances under which the room and others were booked.

At approximately 8:43pm, agents observed a male individual who appeared to be escorting a second individual to the door of Room 150. Agents noticed that the escorting individual appeared nervous by repeatedly looking around and checking his surroundings. The individual also gave orders to the individual that was following him, instructing him where to stand. Once at the door, agents were able to hear the individual knock on the door and exclaim "Open, its me, Bonito, I have one, open [the door] for me." Shortly thereafter, the door was opened, and agents were able to observe the male have a conversation with the occupants. At the same time, the male motioned with his hand as if he was counting objects inside the room. At this time, the male motioned to the individual who was accompanying him and directed him to enter the room.

As the male individual departed the area, agents approached him and revealed their government issued badges and identified themselves as US Border Patrol Agents. Agents asked the individual, later identified as DEFENDANT, GARCIA, Brandon, who the subject was that he had just left in the room. The DEFENDNAT became visibly nervous and began trembling. The agents continued their investigation and after a brief line of questioning, the DEFENDANT stated that he did not know the person but that a friend had asked him to drop him off there. The DEFENDANT also replied that there were additional occupants in the room. When questioned if he knew if the occupants in the room were illegal aliens, the DEFENDANT replied that they were all illegal aliens. At this time, agents advised the DEFENDANT that he was being detained while agents investigated the motel room.

Agents then approached Room 150 and knocked on the door while identifying themselves as US Border Patrol Agents with their badges displayed. A male subject opened the door and agents were able to observe another male attempting to hide behind a bed. The agents again identified themselves as Border Patrol Agents and advised the occupants that they were conducting an immigration investigation and requested consent to enter the room. The occupants of the room consented and allowed the agents to enter. Once inside the room, the agents encountered three individuals and questioned them as to their citizenship. All three individuals stated they were citizens of Mexico and were determined to be present in the United States illegally without any documentation. Agents continued to search the room and subsequently encountered an additional seven individuals hiding in the bathroom. Agents questioned the individuals, and all seven individuals were also determined to be aliens present in the United States illegally without any documentation. All ten illegal aliens

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Brandon GARCIA

PEPT# PEPT210700044

07/12/2021

FACTS (CONTINUED)
and the DEFENDANT were then placed under arrest for their involvement in the alien smuggling scheme. All the individuals were then transported to the Ysleta Border Patrol Station (YST) for further investigation and processing.

At YST, agents advised the DEFENDANT of his Miranda Warnings, which he indicated he understood and was willing to provide statements. The DEFENDANT also granted agents consent to search his phone by signing the Border Patrol "Consent Form for Telephones." During questioning, the DEFENDANT admitted that he had been contacted by a smuggler known as "Taisha" who instructed him to transport and feed the illegal aliens. The DEFENDANT admitted that he knew the individuals were illegal aliens. The DEFENDANT stated that the smuggler had paid him for this and numerous other alien smuggling schemes he had been involved in. The DEFENDANT also admitted that he had both fed and transported illegal aliens on numerous other occasions to the Motel 6 and also past Border Patrol Checkpoints to other interior cities in the United States. A search of the DEFENDANT'S phone provided content which corroborated the DEFENDANT'S statements linked to this and other smuggling events.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE